PROB 35
(Rev. 5/01)

# Report and Order Terminating Probation/Supervised Release
# Prior to Original Expiration Date

UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2016 SEP 23 A 11: 49

CLERK_____ D Taylor
SO. DIST. OF GA.

UNITED STATES OF AMERICA

v.                                   Crim. No.   4:97CR00119-1

Korey Damon Greene

On July 10, 2013, the above named was placed on supervised release for a period of five years. He has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

Wright E. White
United States Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervision and that the proceedings in the case be terminated.

Dated this ____23____ day of September, 2016.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA